UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EDGAR VELASCO AND GLORIA HERRERA** | **CIVIL ACTION NO.:  3:14 CV 01498** |
| **PLAINTIFFS,** | |
| v. | MARCH 6, 2017 |
| **NICHOLAS D. NEWMAN AND MARGARET NEWMAN** | |
| **DEFENDANTS.** | |

## NOTICE OF FILING OFFERS OF JUDGMENT BY THE DEFENDANTS

This hereby serves as notice to the Court that on the **6th day of March, 2017**, the defendants filed, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Offers of Judgment upon the plaintiffs, Edgar Velasco and Gloria Herrera.

The documents were sent via certified mailed to Robert W. Folchetti, Esq. of Klein & Folchetti, P.C., 50 Main Street, Brewster, New York 10509.

DEFENDANTS,
BARBARA NEWMAN AND NICHOLAS D. NEWMAN

By:_____/s/_____
John W. Cannavino, Jr. Esq.(CT28236)
Ryan Ryan Deluca LLP
707 Summer Street
Stamford, CT 06901
Juris No. 052525
Phone:  203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      _____/s/_____
                                                  John W. Cannavino, Jr. Esq.

Document1
203.481